**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| IN RE:<br><br>MV REALTY PBC, LLC, *et al.*,<br><br>　　　Debtors. | CASE NO. 23-17590-EPK<br><br>CHAPTER 11<br><br>(Jointly Administered) |
| MV REALTY OF NORTH CAROLINA, LLC, a North Carolina limited liability company,<br><br>　　　Plaintiff,<br><br>v.<br><br>NORTH CAROLINA REAL ESTATE COMMISSION,<br><br>　　　Defendant. | Adv. No. 23-01255-EPK |

**JOINT STIPULATION OF DISMISSAL**

　　　Plaintiff, MV REALTY OF NORTH CAROLINA, LLC, a North Carolina limited liability company ("Plaintiff"), and the Defendant, NORTH CAROLINA REAL ESTATE COMMISSION (the "Defendant"), by and through their respective undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), incorporated herein by Fed.R.Bankr.P. 7041, hereby stipulate to the dismissal, without prejudice, of the above-styled adversary proceeding, with each of the parties to

1

bear its own attorneys' fees and costs.

**DATED:** February 20, 2024

| | |
|---|---|
| */s/ Michael D. Seese* | */s/ Bradley S. Shraiberg* |
| Michael. D. Seese, Esq. | Bradley S. Shraiberg, Esq. |
| Fla. Bar. No. 997323 | Fla. Bar No. 121622 |
| SEESE, P.A. | SHRAIBERG PAGE, P.A. |
| 101 N.E. 3rd Avenue | 2385 NW Executive Center Drive |
| Suite 1500 | Suite 300 |
| Fort Lauderdale, FL 33301 | Boca Raton, FL 33431 |
| Tel. No. (954) 745-5897 | Tel. No. (561) 443-0800 |
| mseese@seeselaw.com | bss@slp.law |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |